1  FRANK BELL, SBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, CA 94063
3  Tel: 650 365-8300
   Fax: 650 366-8987
4
   Attorney For Defendant
5  TYRELL LOVE

6

7

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,
                                          CR No. 12-mj-70404 MAG
13           Plaintiff,
                                          **STIPULATION AND
14    v.                                  [PROPOSED] ORDER TO
                                          CALENDAR HEARING RE
15                                        CONDITIONS OF RELEASE**

16 TYRELL LOVE,

17           Defendant.
   _____/
18

19    Defendant TYRELL LOVE has been released to the half-way

20 house in San Francisco pending the identification of an

21 appropriate person with whom he can live.  He has now found

22 a person with whom he may reside and who will be his

23 custodian. He desires to have a hearing as to this matter

24 before the Magistrate Judge who ordered his release, i.e.

25 Hon. Kandis A. Westmore, on May 24, 2012 at 9:30 a.m.

26 Pretrial Services Officer Victoria Gibson has indicated that

27

28 **LOVE STIP AND [PROP] ORDER RE CAL OF HRG**                 1

1 she can be present.

2 WHEREFORE, IT IS HEREBY STIPULATED by and between the
3 government and the defendant that the matter be set on the
4 calendar of Hon. Kandis A. Westmore on May 24, 2012 at 9:30
5 a.m. for a hearing on whether this person and her residence
6 will be approved by the court as appropriate for the
7 defendant.

8 Date: May 21, 2012

9 \_\_\_\_\_/s/_____
FRANK BELL
10 Counsel for Defendant
TYRELL LOVE
11

12 Date: May 21, 2012

13 \_\_\_\_\_/s/_____
NATALIE LEE
14 Counsel for Plaintiff
UNITED STATES OF AMERICA
15

16 IT IS SO ORDERED:

17

18 Date: May 21, 2012        _____
Hon. KANDIS A. WESTMORE
19 United States Magistrate Judge

20

28 **LOVE STIP AND [PROP] ORDER RE CAL OF HRG**                                              2